IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRANDI SCHUDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-00136-CV-W-DW |
| ) | |
| GREGORY GORDON, M.D., ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pursuant to the stipulation of dismissal (Doc. 29) filed by the parties, the Court hereby dismisses this action with prejudice, each party to bear their own fees and costs. See Fed. R. Civ. P. 41(a). The Clerk of Court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 11, 2006